# DECISIONS IN CASES NOT REPORTED.

## FIFTH DEPARTMENT, JUNE TERM, 1888.

Henry Killick, as Committee, etc., of William Blossom, a Lunatic, Appellant, v. Maria A. Blossom, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Haight, J.

John Leprell and another, Respondents, v. Barbara Kleinschmidt, Appellant.—Order reversed and motion granted, with ten dollars costs and disbursements. Opinion by Barker, J.

Mary J. Connolly, Respondent, v. Mina E. O'Connor, as Administratrix, etc., Appellant. — Judgment affirmed. Opinion by Bradley, J.

Household Sewing Machine Company, Appellant. v Mary E. Vaughan and another, Respondents, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Dwight, J.

Michigan Carbon Works v. Charles H. Schad, Appellant. — Judgment and order affirmed. Opinion by Haight, J.

Nathan Hill, Appellant, v. Charles Edie, Respondent.—Judgment affirmed. Opinion by Bradley, J.

James A. Harris and another, Appellants, v. Monroe H. Oakley, Respondent.—Judgment and order reversed and new trial granted, costs to abide event. Opinion by Barker, P. J.; Bradley, J., concurs in result; Haight, J., not voting.

Frederick A. Soule and others, as Executors, etc., Respondents, v. Nancy Dixon and John B. Dixon, Appellants. — Judgment affirmed, with costs. Opinion by Barker, P J.

Addison R. Baldwin, Plaintiff, v. Elmendorf Rood, Defendant. — Motion for new trial denied and judgment ordered for the defendant on the nonsuit. Opinion by Barker, P. J.

Amanda A. Northrup, Respondent, v. Anson A. Gibbs, Appellant. — Judgment affirmed, with costs. Opinion by Bradley, J.; Barker, P. J., not sitting.

Frederika Egerer, Plaintiff, v. The New York Central and Hudson River Railroad Company, Defendant. — Motion for new trial denied and judgment ordered for the defendant on the verdict. Opinion by Dwight, J.

John Magee, Respondent, v. The Geneseo Academy, Appellant.—Interlocutory judgment reversed and a new trial ordered, with costs, to abide the final award of costs. Opinion by Barker, P. J.

Edgar E. Cook, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed. Opinion by Barker, P. J.

Moses Wilkins, Respondent, v. John M. Williams and another, Appellants. — Order reversed and retaxation of costs ordered, without costs of this appeal to either party. Opinion by Barker, P. J.

George W. Rockwell, as Executor, etc., Appellant, v. Charles L. Petrie, Respondent.— Order affirmed, with ten dollars costs and disbursements.

George S. Vaughn, Appellant, v. Samuel H. Lego and another, Respondents.—Judgment affirmed. Opinion by Barker, P. J.

John D. Zent, Respondent, v. Robert Watts, Appellant. — Judgment and order affirmed. Opinion by Barker, P. J.

John F. Driggs, Respondent, v. Franklin Schuyler, Appellant. — Judgment reversed and new trial ordered, costs to abide event. Opinion by Haight, J.

Desda Reynolds, Respondent. v. The Equitable Accident Association of Binghamton, N. Y., Appellant. — Judgment and order affirmed. Opinion by Dwight, J.

Marvin C. Lacy and another, Respondents, v. The Rome, Watertown and Ogdensburg Railroad Company, Appellant. — Judgment and order affirmed.

Robert H. Shankland, Sr., and another, Appellants, v. Daniel E. Bartlett, Respondent. — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by Bradley, J.

First National Bank of Union Mills, Respondent, v. Judson H. Clark, Appellant.—Order reversed and new trial granted, costs to abide event. Opinion by Dwight, J.

William Howard, Respondent, v. The Northern Central Railway Company, Appellant. — Judgment and order reversed and new trial ordered, costs to abide event. Opinion by Haight, J.; Dwight, J., not voting.

Charles W. Curtis, Appellant, v. John W. Hutchens and another, as Administrator, etc., Respondents. — Judgment affirmed, with costs.

Milo D. Smith, Appellant, v. James Halligan, Respondent.—Judgment and order affirmed. Opinion by Barker, P. J.

Chloe M. Norton, Respondent, v. William Norton, Administrator, etc., Appellant. — Judgment affirmed. Opinion by Bradley, J.

Thomas F. Kinsella, Appellant, v. The City of Auburn, Respondent. — Case not considered for the reason that the appeal-book contains no findings or judgment.

William Bradshaw, Respondent, v. The Rome, Watertown and Ogdensburg Railroad Company, Appellant. — Judgment and order affirmed. Opinion by Barker, P. J.

Henry Radman, Respondent, v. Joseph L. Haberstro, Appellant.—Judgment affirmed. Opinion by Haight, J.

Theodora J. Daggett, Respondent, v. Hiram P. Mills, Appellant.— Judgment reversed and new trial ordered before another referee, costs to abide the final award of costs. Opinion by Dwight, J.; Bradley, J., not voting.

Henry Webster and another, as Executors, etc., of Charles Webster, Deceased, v. Milo Webster. — Order affirmed, with ten dollars costs and disbursements.

In the Matter of Nancy Shimer, a Supposed Lunatic. — Order affirmed, without costs.

Angus McDuffie, Respondent, v. Adelia Clark and another, Appellants. — Order affirmed, costs of this appeal to abide event. Opinion by Bradley, J.

Clinton West, Respondent, v. Thomas VanTuyl, Appellant. — Judgment affirmed. Opinion by Dwight, J.

Reuben O. Smith, Appellant, v. Henry W. Perine and another, Respondents. — Judgment affirmed, with costs. Opinion by Haight, J.

Jerome J. Gallup, Plaintiff, v. Jacob Bernd, Defendant. — Motion for new trial granted, costs to abide event. Opinion by Bradley, J.

Hiram Maxfield, Appellant, v. Theresa M. Hoecker, Respondent, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Dwight, J.

Abijah Weston and another, Appellants, v. Stella Turver, Respondent. — Judgment and order affirmed. Opinion by Dwight, J.